# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---------------------------------------------------X
S.A.S. JEAN CASSEGRAIN and
LONGCHAMP USA, INC.,

        Plaintiffs,

        v.

CVS CORPORATION,

        Defendant.
---------------------------------------------------X

Civil Action No. 05:CV-3835 (SRC)

**RECEIVED**

OCT 1 2 2005

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

## VOLUNTARY DISMISSAL

**WHEREAS**, Plaintiffs S.A.S. Jean Cassegrain and Longchamp USA, Inc. commenced this action against Defendant CVS Corporation ("CVS") by filing its Complaint on July 29, 2005, and serving Defendant CVS with process on August 9, 2005;

**WHEREAS**, Defendant CVS has not answered or filed a motion for summary judgment as of the date of this dismissal;

**NOW, THEREFORE**, pursuant to Fed. R. Civ. P 41, Plaintiffs hereby dismiss this action.

Respectfully submitted,

KAPLAN GILMAN GIBSON & DERNIER LLP
*Attorneys for Plaintiff*
900 U.S. Highway 9 North
Woodbridge, NJ 07095
Telephone (732) 634-7634

Dated: October 3, 2005

_____
Jeffrey I. Kaplan (JK 4706)

**SO ORDERED**, this _12_ day of _Octb__, 2005.

_____
The Honorable Stanley R. Chesler, U.S.D.J.

## CERTIFICATE OF SERVICE

I, Jeffrey I. Kaplan, do hereby certify that a true and correct copy of the above **VOLUNTARY DISMISSAL** was mailed this 3rd day of October, 2005, by first class mail, postage prepaid, to the following:

> Edward J. DaRin, Esq.
> *Attorney for Defendant CVS Corporation*
> Edward J. DaRin, Inc.
> 301 E. Colorado Boulevard, Suite 518
> Pasadena, CA 91101
> Telephone (626) 793-0689

Dated: October 3, 2005                By: _____
                                           Jeffrey I. Kaplan